# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT CRAIG BALLEW; AND IVY MARY RASMUSSEN,

Appellants,

vs.

SUSAN SWEIKERT, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ELLIOTT SMITH; AND SUSAN SWEIKERT, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SANDRA LEE SMITH,

Respondent.

No. 72648

FILED

FEB 0 6 2018


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Nancy L. Allf, District Judge
Lansford W. Leavitt, Settlement Judge
Atkin Winner & Sherrod
Law Office of S. Don Bennion
Eighth District Court Clerk

18-04934